# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ROBERT MILIE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV418-117 |
| | ) | |
| CITY OF SAVANNAH, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the parties' Joint Status Report. Doc. 39. In the report, the parties request an extension until August 2, 2019, to file their joint motion to approve settlement. The motion is **GRANTED**.

**SO ORDERED,** this 16th day of July, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA