AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT MILIE, et al.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-117

CITY OF SAVANNAH

Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated July 17, 2020, judgment in entered in favor of Plaintiffs for attorneys' fees and supplemental attorneys' fees in the amount of $110,919.00, and costs in the amount of $8,046.80, for a total of $118,965.80.  The Court dismisses this action with prejudice subject to the Court's ability to enforce the terms of the settlement agreement. This case stands closed.

Approved by: _____

July 17, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03